UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
                                                 :
PETROLEUM COMPANY OF TRINIDAD AND                :
TOBAGO LIMITED,                                  :
                                                 :
       Petitioner,                               :
                                                 :    Case No. 14-CV-04652
  v.                                             :
                                                 :    **Rule 7.1 Statement**
WORLD GTL INC. and WORLD GTL OF                  :
ST. LUCIA LTD.,                                  :
                                                 :
       Respondents.                              :
------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for World GTL Inc. and World GTL of St. Lucia Ltd. (private, non-governmental parties), certifies that World GTL Inc. owns 95% of World GTL St. Lucia Ltd., and that neither party has any corporate parents, affiliates and/or subsidiaries that are publicly held.

**Date: August 1, 2014**

                                                                                            Paul H. Cohen
                                                                                            PC-0026